UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN THOMAS,

    Plaintiff,

v.

                              Case No. 11-12193

                              Paul D. Borman
                              United States District Judge

DEBBIE THOMAS,

                              Mona K. Majzoub
    Defendant.                  United States Magistrate Judge

_____/

**OPINION AND ORDER**
**(1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
**(Dkt. No. 25), and**
**(2) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 16)**

Before the Court is Magistrate Judge Mona K. Majzoub's Report and Recommendation Denying Defendant's Motion for Summary Judgment. (Dkt. No. 25.)

Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, and **DENIES** Defendant's Motion for Summary Judgment. (Dkt. No. 16.)

**IT IS SO ORDERED.**

                                                            PAUL D. BORMAN
                                                            UNITED STATES DISTRICT JUDGE

Dated: 9-24-12